**Order filed September 26, 2013.**



**In The**

# Fourteenth Court of Appeals

_____

## NO. 14-13-00100-CR
_____

**ORLANDO DEWAN GODFREY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 182nd District Court
Harris County, Texas
Trial Court Cause No. 1343252**

## ORDER

This court has determined, pursuant to Texas Rules of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the originals of **State's Exhibit 1 and State's Exhibit 1A, DVDs.**

The clerk of the 182nd District Court is directed to deliver to the Clerk of this court the originals of **State's Exhibit 1 and State's Exhibit 1A, DVDs,** on or before **October 11, 2013.** The Clerk of this court is directed to receive, maintain, and keep safe these original exhibits; to deliver them to the justices of this court for their inspection; and, upon completion of inspection, to return the originals of these exhibits to the clerk of the 182nd District Court.

PER CURIAM